[Criminal Nos. 366, 367, 368.　Filed June 1, 1915.]

[149 Pac. 317.]

STATE, Appellant, v. R. L. PINYAN, Respondent.

STATE, Appellant, v. H. C. HOUSER, Respondent.

APPEAL from a judgment of the Superior Court of the County of Gila.　G. W. Shute, Judge.　Affirmed, with instructions ·to dismiss.

Mr. Wiley E. Jones, Attorney General, and Mr. Norman J. Johnson, County Attorney; for the State.

Mr. F. C. Jacobs and Mr. Jay Good, for Appellees.

PER CURIAM.—The informations·in above cases are subject to the same objections as the information in case No. 365, *State* v. *Pinyan, ante,* p. 123, 149 Pac. 316, just decided, and the same order is made in each·of these cases.